Filed 2/16/16  P. v. Williams CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>CORY B. WILLIAMS,<br><br>    Defendant and Appellant. | D068671<br><br><br><br>(Super. Ct. No. SCD244308) |

APPEAL from a judgment of the Superior Court of San Diego County, Dwayne K. Moring, Judge.  Affirmed.

Benjamin Kington for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Cory B. Williams entered guilty pleas to two counts of unlawful sexual intercourse with a minor under age 16.  (Pen. Code,[1] § 261.5, subd. (d).)  In 2014 Williams was granted probation on various terms and conditions and was ordered to register as a sex offender under section 290.006.  Williams appealed from his original sentencing.

---

1      All further statutory references are to the Penal Code unless otherwise specified.

In case D064768, filed January 29, 2015, this court affirmed the convictions but struck the residency requirement in the probation conditions.  This court also reversed the order requiring Williams to register as a sex offender and remanded for a new hearing on the registration issue.

On remand the court held a new hearing, received additional briefing and the report of a psychologist.  Once again the trial court exercised its discretion to order Williams to register as a sex offender.

Williams filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating he has not been able to identify any reasonably arguable issue for reversal on appeal.  Counsel asks this court to review the record for error as required by *Wende*.

We offered Williams the opportunity to file his own brief in this appeal.  Williams has not responded.[2]

## DISCUSSION

As we have noted, counsel has filed a brief pursuant to *Wende, supra,* 25 Cal.3d 436 asking this court to review the record for error.  Although counsel has not cited *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has nevertheless complied

---

[2]    Since our previous opinion, contained in the clerk's transcript, discusses the facts of the underlying offenses, we find it unnecessary to again discuss the facts of those offenses here.

2

with *Anders* by identifying a possible, but not reasonably arguable issue for reversal on appeal:

Whether the trial court abused its discretion in ordering Williams to register as a sex offender.

We have reviewed the entire record as required by *Wende, supra*, 25 Cal.3d 436 and *Anders, supra*, 386 U.S. 738. We have not been able to identify any reasonably arguable issue for reversal on appeal. Competent counsel has represented Williams on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.

WE CONCUR:

BENKE, Acting P. J.

O'ROURKE, J.

3